[No. 636-3.  Division Three.  August 7, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY ROWLAND HILL, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-

kane County, No. 20420, Raymond F. Kelly, J., entered May 26, 1972. *Reversed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.